UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br><br>DION MARCUS TURNER,<br><br>        Defendant,<br><br>  v.<br><br>URBAN LEAGUE OF METROPOLITAN SEATTLE,<br><br>        Garnishee-Defendant. | CASE NO. 2:22-mc-00081-LK<br><br>CONTINUING GARNISHMENT ORDER |

    A Writ of Continuing Garnishment, directed to Urban League of Metropolitan Seattle, has been duly issued and served upon the Garnishee. Dkt. Nos. 3, 5. Pursuant to the Writ, Garnishee Urban League of Metropolitan Seattle, filed its Answer on December 1, 2022, stating that at the

CONTINUING GARNISHMENT ORDER - 1

time of the service of the Writ, Defendant/Judgment Debtor Dion Marcus Turner was an active employee who was paid semi-monthly. Dkt. No. 6 at 1.

After notification that the garnishment proceeding was mailed to the Garnishee and Defendant/Judgment Debtor Turner on or about October 13, 2022, Dkt. No. 5 at 1–2, Mr. Turner has not requested a hearing to determine exempt property as of this date and has agreed to entry of an order to garnish 10 percent of his disposable earnings, Dkt. No. 8 at 2–3.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, Urban League of Metropolitan Seattle, shall (1) pay towards Mr. Turner's restitution debt (1) all monies that Urban League of Metropolitan Seattle was previously required to withhold, in accordance with the Writ of Continuing Garnishment, and (2) from this date forward, to withhold and pay 10 percent of Mr. Turner's disposable earnings, upon each period of time when he is entitled to receive such funds, and shall continue said payments, if any, until Mr. Turner's debt is paid in full; or until Defendant/Judgment Debtor is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody, or control of any funds due and owing to the Defendant/Judgment Debtor; or until further order of this Court.

That such payments shall be applied to Defendant/Judgment Debtor Turner's outstanding restitution obligation, by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:13-CR-00330-8 and 2:22-MC-00081-LK, and delivered

//
//
//
//

either personally or by First Class Mail to:

    United States District Court, Western District of Washington
    Attn: Financial Clerk – Lobby Level
    700 Stewart Street
    Seattle, Washington 98101

Dated this 6th day of February, 2023.

                                              *Lauren King*
                                              Lauren King
                                              United States District Judge

CONTINUING GARNISHMENT ORDER - 3